Bachman *v.* Reading Coach Company, Appellant.

Argued November 12, 1934.

Before
TREXLER, P. J., KELLER, CUNNINGHAM, BALDRIGE, STADT-
FELD, PARKER and JAMES, JJ. ■■■■■■

*Mark C. McQuillen,* and with him *Charles W. Matten*
and *Harry R. Matten.*

*Charles H. Weidner,* and *Stevens & Lee,* for appel-
lee, were not heard.

PER CURIAM, December 18, 1934:
The facts in this case bring it within our decision
in Myers v. Funk, 111 Pa. Superior Ct. 17, 169 A. 400.
Defendant's driver was unquestionably guilty of negli-
gence. With the traffic light showing red against him
he continued eastward on Spring Street, in the City of
Reading, at high speed, across the intersection with
Centre Avenue and ran into plaintiff's truck, which
was going slowly northward on Centre Avenue. Had
the plaintiff seen defendant's bus just before it en-
tered the street intersection the case would have been
governed by Byrne v. Schultz, 306 Pa. 427, 160 A. 125,
and it would have been the duty of the trial court to
have ruled that he was guilty of contributory negli-
gence as matter of law. But there was evidence from
which the jury could find that when plaintiff, about
twenty feet from the pedestrian crossing, looked to his

left and saw defendant's bus it was approximately a block away; and, from which it could reasonably infer, that on entering the actual street intersection plaintiff's view to the left was partially obstructed by a sedan automobile going alongside of him, which was making a left hand turn into Spring Street, and interfered with his seeing the defendant's bus continuing into the intersection at high speed against the traffic signal.

In these circumstances the questions of the defendant's negligence and the plaintiff's contributory negligence were for the jury.

The judgment is affirmed.